No. 90 et al.  PERMIAN BASIN AREA RATE CASES. C. A. 10th Cir. (Certiorari granted, 388 U. S. 906; see also, *ante,* pp. 805, 817.) Motion of Philadelphia Electric Co. for leave to file brief, as *amicus curiae,* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Vincent P. McDevitt* and *Samuel Graff Miller* on the motion.

No. 694, Misc.  MUIR *v.* FLORIDA; and
No. 907, Misc.  ELI *v.* NELSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 456, Misc.  PHILLIPS ET VIR *v.* KINGSLEY ET AL.; and
No. 460, Misc.  SHEA *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT. Motions for leave to file petitions for writs of mandamus denied.

No. 546.  SILVER *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Carl L. Shipley, Rufus W. Peckham, Jr.,* and *Samuel Resnicoff* for petitioner. *Solicitor General Griswold* for the United States.

No. 553.  MIDWEST-RALEIGH, INC., ET AL. *v.* EASTERN GAS & FUEL ASSOCIATES. C. A. 4th Cir. Certiorari denied. *George B. Mickum III* and *John E. Nolan, Jr.,* for petitioners. *Russell L. Furbee* for respondent.

No. 558.  LANFRANCONI *v.* TIDEWATER OIL Co. C. A. 2d Cir. Certiorari denied. *John P. Connarn* for petitioner. *John T. Fey* for respondent.